**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION**

| | |
|---|---|
| JUAN JOSE ALVARADO MAJANO | CIVIL ACTION NO. 26-1778 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL. | MAGISTRATE JUDGE McCLUSKY |

**ORDER**

The Petitioner, Juan Jose Alvarado Majano, has filed a petition for a writ of habeas corpus, Record Document 1, and a motion for a temporary restraining order, Record Document 3. The habeas petition is **REFERRED** to the Magistrate Judge for Report and Recommendation. Record Document 1. For the following reasons, the motion for a temporary restraining order is **DENIED**.

In his motion, the Petitioner argued that his continued detention is unconstitutional under *Zadvydas v. Davis*, 533 U.S. 678 (2001) where the United States Supreme Court held that post-removal detention must be limited "to a period reasonably necessary to bring about that alien's removal from the United States." 533 U.S. at 689. To obtain *Zadvydas* relief, the Petitioner "has the initial burden to show that post-removal-order detention has surpassed six months, and to 'provide good cause to believe that there is no significant likelihood of removal in the reasonably foreseeable future." *Uriostegui Rios v. Trump*, No. 25-1320, 2026 WL 810556, at *2 (W.D. La. Mar. 24, 2026).

1

Here, the Petitioner has not met his initial burden for relief under *Zadvydas*. As the Petitioner has acknowledged, the Petitioner has an appeal of his immigration case pending before the Board of Immigration Appeals and a final order of removal has not been entered. Therefore, the Petitioner's detention remains "presumptively reasonable," and his *Zadvydas* challenge is premature. *Agyei-Kodie v. Holder*, 418 F. App'x 317, 317 (5th Cir. 2011) (holding the challenge to "continued post removal order detention is premature" where the detainee "has not been in post-removal-order detention longer than the presumptively reasonable six month period[.]").

**DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of June, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE