**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| JUAN JOSE ALVARADO MAJANO | CIVIL ACTION NO. 26-1778 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL. | MAGISTRATE JUDGE McCLUSKY |

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge, the petitioner's written objection, Record Document 22, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the petitioner Juan Jose Alvarado Majano's Petition for Writ of Habeas Corpus, Record Document 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 9th day of September, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE